UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-795 (SHS) |
| -v- | : | <u>ORDER</u> |
| OMAR BAEZ, | : | |
| Defendant(s). | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

Defendant having filed a letter motion for bail dated May 4, 2020 [Doc. No.134],

IT IS HEREBY ORDERED that:

1. The government shall respond to the motion by Friday, May 8, 2020; and

2. There will be a teleconference on Monday, May 11, 2020, at 12:00 p.m. The parties shall call 888-273-3658, and enter access code 70042, to join the teleconference.

Dated: New York, New York
May 5, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.