UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-795 (SHS) |
| -v- | : | ORDER |
| OMAR BAEZ, | : | |
| Defendant(s). | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    A telephone conference having been held today regarding defendant's motion for bail, with counsel for all parties participating and defendant having filed a waiver of his appearance to be present at a criminal conference [Doc. No. 134-1],

    IT IS HEREBY ORDERED that, for the reasons set forth on the record, defendant's motion for bail [Doc. No. 134], is denied.

Dated:  New York, New York
          May 11, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.