# MATTHEW J. KLUGER
ATTORNEY AT LAW

888 GRAND CONCOURSE, SUITE 1H
BRONX, NEW YORK 10451
(718) 293-4900 • FAX (718) 618-0140
www.klugerlawfirm.com

November 21, 2020

By ECF
Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007

**MEMO ENDORSED**

Re: **United States v. Omar Baez**
    **19 Cr. 795 (SHS)**

Dear Judge Stein:

    I represent Omar Baez in this matter. On August 26, 2020, Mr. Baez appeared before your Honor and pled guilty to Count Two of the Indictment. He is scheduled to be sentenced on November 30, 2020 at 2:30 p.m.

    Due primarily to the current Covid-19 pandemic, the defense respectfully requests that sentencing in this matter be adjourned to mid-to-late January 2021. Unfortunately, right now, I have limited access to my office, which, together with a full schedule, is hampering my ability to properly and effectively prepare for sentencing in this matter. I apologize for the delay and any inconvenience that it may cause.

    AUSA Frank J. Balsamello consents to this request on behalf of the Government.

    Thank you.

Respectfully Submitted,

/s/ *Matthew J. Kluger*
Matthew J. Kluger, Esq.

cc: AUSA Frank J. Balsamello

**The sentencing is adjourned to January 25, 2021, at 11:00 a.m. The defense submissions are due by January 11, the government submissions are due by January 18, 2021.**
Dated:  New York, New York
        November 23, 2020

SO ORDERED

*Sidney H. Stein*
SIDNEY H. STEIN
U.S.D.J.