# MATTHEW J. KLUGER
## ATTORNEY AT LAW

888 GRAND CONCOURSE, SUITE 1H
BRONX, NEW YORK 10451
(718) 293-4900 • FAX (718) 618-0140
www.klugerlawfirm.com

January 13, 2021

By ECF
Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY  10007

**MEMO ENDORSED**

      Re:   **United States v. Omar Baez**
             **19 Cr. 795 (SHS)**

Dear Judge Stein:

    I represent Omar Baez in this matter. On August 26, 2020, Mr. Baez appeared before your Honor and pled guilty to Count Two of the Indictment. He is scheduled to be sentenced on January 25, 2021 at 11:00 a.m.

    Due primarily to issues caused by the current COVID-19 pandemic such as lack of access to Mr. Baez and difficulty in effectively preparing for sentence, the defense respectfully requests that sentencing in this matter be adjourned for 30-days. Additionally, the parties are attempting to resolve several possible factual discrepancies before Mr. Baez is sentenced.

    AUSA Frank J. Balsamello consents to this request on behalf of the Government.

    Thank you.

Respectfully Submitted,

/s/ *Matthew J. Kluger*
Matthew J. Kluger, Esq.

cc:    AUSA Frank J. Balsamello

**The sentencing is adjourned to February 25, 2021, at 11:00 a.m. Defense sentencing submissions are due by February 11, the government's submissions are due by February 18, 2021.**

**Dated:** New York, New York
         January 14, 2021

SO ORDERED

*[signature]*
SIDNEY H. STEIN
U.S.D.J.