# MATTHEW J. KLUGER
### ATTORNEY AT LAW

<div style="text-align: right;">

888 GRAND CONCOURSE, SUITE 1H
BRONX, NEW YORK 10451
(718) 293-4900 • FAX (718) 618-0140
www.klugerlawfirm.com

</div>

March 22, 2021

By ECF
Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY  10007

**MEMO ENDORSED**

      Re:    <u>**United States v. Omar Baez**</u>
               **19 Cr. 795 (SHS)**

Dear Judge Stein:

     I represent Omar Baez in this matter. On August 26, 2020, Mr. Baez appeared before your Honor and pled guilty to <u>Count Two</u> of the above-captioned indictment charging him with using and carrying a firearm during and in relation to a drug trafficking crime in violation of 18 U.S.C. § 924(c)(1)(A)(i). He is currently scheduled to be sentenced on April 2, 2021 at 11:00 a.m. For the reasons below, the defense writes now to respectfully request that sentencing be adjourned to <u>May 5, 2021 at 11:00 a.m.</u>

     To be fair, the defense sentencing submission is already past due. However, due to unanticipated issues caused by the current COVID-19 pandemic, the defense has not yet finished its submission and was already in the process of seeking a short adjournment. However, the Court has indicated its availability to sentence Mr. Baez in person, which is certainly the defense's preference. That being the case, for health and vaccination reasons, defense counsel would prefer that in-person proceedings occur in early May, rather than April, 2021.

     AUSA Frank J. Balsamello consents to this request on behalf of the Government.

     Thank you.

<div style="margin-left: 50%;">

Respectfully Submitted,

/s/ *Matthew J. Kluger*
Matthew J. Kluger, Esq.

</div>

cc:     AUSA Frank J. Balsamello
       AUSA Adam S. Hobson

**The sentencing is adjourned to May 5, 2021, at 11:00 a.m., in Courtroom 23A. The defendant's sentencing submission is due by April 21, the government's submission is due by April 28.**

**Dated: New York, New York**
       **March 22, 2021**

SO ORDERED

*[Signature]*

SIDNEY H. STEIN
U.S.D.J.